Andrew O. Smith, Esq., SBN 217538
Rebecca N. Herman, Esq., SBN 257071
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 West Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
          rherman@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAZURTO, an Individual, | CASE NO.: 2:18-CV-9641 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)** |
| WAL-MART STORES, INC., and DOES 1 to 50 Inclusive, | |
| Defendants. | Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed: April 11, 2018<br>Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WAL-MART STORES, INC. ("Wal-Mart"), by and through its counsel, hereby removes that above-entitled action filed by Plaintiff SHIRLEY BAZURTO ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. BC701548 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

2354-8952

1

1.     On April 11, 2018, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Shirley Bazurto v. Wal-Mart Stores, Inc.*, Case Number BC701548 ("the State Action").   A copy of the complaint filed in the State Action is attached hereto as **Exhibit A.**  The Complaint alleges that Plaintiff was injured at a Wal-Mart store in Baldwin Park, California. Plaintiff alleges that Wal-Mart was negligent and through that negligence Plaintiff sustained injuries on June 16, 2016.

2.     Wal-Mart first received a copy of the said Complaint and Summons on May 1, 2018 via CT Corporation, its agent for service of process in California. Attached to the Notice of Removal as **Exhibit B**, is a true and correct copy of the state court Summons. Attached to the Notice of Removal as **Exhibit C**, is a true and correct copy of CT Corporation's Service of Process Transmittal.

3.     Wal-Mart has answered Plaintiff's Complaint on May 30, 2018. Attached to the Notice of Removal as **Exhibit D** is a true and correct copy of Defendant's Answer.

4.     Based on a review of the State Court file as of November 14, 2018, no other Defendant has been served with any summons or complaint in the State Action.

5.     Plaintiff's complaint purports to assert causes of action General Negligence and Premises Liability.

6.     The complaint seeks to recover wage loss, loss of use of property, hospital and medical expenses, general damages, property damage, loss of earning capacity, future medical expenses and future pain and suffering.

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

7.     This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b). A true and

2354-8952

1  correct copy of Defendant's Form Interrogatories, Set One and Plaintiff's response

2  to Defendant's Form Interrogatories, Set One is attached hereto as **Exhibit E.**

3      8.      At the deposition of Plaintiff on October 16, 2018, defense counsel

4  asked plaintiff if she lived in California and for how long.  Plaintiff testified that

5  she was born in and has lived in California her whole life.  Plaintiff also testified

6  she has no plans to move out of state.  Plaintiff is therefore a citizen of California.

7  Attached to the Notice of Removal as **Exhibit F** is a true and correct copy of the

8  pertinent portions of plaintiff's deposition transcript.

9      9.      On September 11, 2018, Defendant served a set of discovery to

10 Plaintiff including Requests for Admission, Set Two.  Attached to the Notice of

11 Removal as **Exhibit G** is a true and correct copy of Defendant's Requests for

12 Admission, Set Two.  Requests for Admission, Set Two, No. 25 asks Plaintiff to

13 admit she is a citizen of California.  Requests for Admission, Set Two, No. 26 asks

14 Plaintiff to admit she is seeking damages in excess of $75,000.

15      10.     Plaintiff responded to Defendant's Requests for Admission, Set Two

16 on October 23, 2018.  Attached to the Notice of Removal as **Exhibit H** is a true and

17 correct copy of Plaintiff's Responses to Defendant's Requests for Admission, Set

18 Two.   Plaintiff's response to Requests for Admission, Set Two, No. 25 is an

19 admission that she is a citizen of California.  Plaintiff's response to Requests for

20 Admission, Set Two, No. 26 is an admission that she is seeking damages in excess

21 of $75,000.  Further, pursuant to Plaintiff's responses to Defendant's Form

22 Interrogatories, Set One (**Exhibit E,** No. 6.4), Plaintiff has alleged $109,130.87 in

23 past medical specials. This number fails to take into consideration Plaintiff's claims

24 of general damages, and is still in excess of the $75,000 requirement.

25      11.     Wal-Mart is a citizen of Delaware where it is incorporated, and of

26 Arkansas, where it holds its principal place of business (in Bentonville, Arkansas).

27 Wal-Mart is the only defendant in this action.  Copies of Wal-Mart's corporate

28 information from the California Secretary of State Business Search and the

3

Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits I and J**, respectively.

12.     This is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1332.  The action may be removed to this Court by Wal-Mart pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

13.     Complete diversity of Jurisdiction of this action is founded upon 28 U.S.C. §§1332, 1441(a) and (b) as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. citizenship exists because Plaintiff Shirley Bazurto is a citizen of the State of California and Defendant Wal-Mart Stores, Inc. is a citizen of Delaware and/or Arkansas.

14.     Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Wal-Mart receiving notice that Plaintiff was a citizen of California. (**Exhibit F**, Pertinent Portions of Plaintiff's Deposition Testimony, and **Exhibits G and H**, Defendant's Requests for Admission, Set Two and Plaintiff's Responses to Requests for Admission, Set Two, Nos. 25 and 26.)

15.     Attached hereto as **Exhibit K** is a true and correct copy of the on-line register of actions for this case from the Los Angeles Superior Court website.

16.     Attached hereto as **Exhibit L** are true and correct copies of the remaining documents listed on the on-line register of actions not previously identified as exhibits above:

a.      Defendant's Demand for Jury Trial

17.     Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.  A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed

4

with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Wal-Mart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  November 15, 2018         By:       s/ Rebecca N. Herman
                                            Andrew O. Smith, Esq.
                                            Rebecca N. Herman, Esq.
                                            Attorneys for Defendant
                                            **WAL-MART STORES, INC.**
                                            aosmith@pettitkohn.com
                                            rherman@pettitkohn.com

2354-8952