Andrew O. Smith, Esq., SBN 217538
Rebecca N. Herman, Esq., SBN 257071
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 West Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
         rherman@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAZURTO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 to 50 Inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-09641 JFW (PLAx)<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41]**<br><br>Courtroom: 7A<br>District Judge: John F. Walter<br>Magistrate Judge: Paul L. Abrams<br>Complaint Filed: April 11, 2018<br>Trial Date: October 1, 2019 |

2354-8952

1  Plaintiff SHIRLEY BAZURTO and Defendant WAL-MART STORES,
2  INC., by and through their designated counsel, hereby stipulate to the voluntary
3  dismissal with prejudice of the entire action in this case. These dismissals are made
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have
5  reached a confidential resolution of their disputes.

6  **IT IS SO STIPULATED.**

                                                  VAZIRI LAW GROUP

9  Dated: April 23, 2019    By: _____
                                                  Bryan Zaverl, Esq. Siamak Vaziri
                                                  Attorney for Plaintiff
                                                  **SHIRLEY BAZURTO**
                                                  Email: bzaverl@vazirilaw.com

13                                            **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

15  Dated: ~~April ___, 2019~~
         August 26, 2019    By: s/ Rebecca N. Herman
                                          Andrew O. Smith, Esq.
                                          Rebecca N. Herman, Esq.
                                          Attorneys for Defendant
                                          **WAL-MART STORES, INC.**
                                          aosmith@pettitkohn.com
                                          rherman@pettitkohn.com

2354-8952

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

## JOINT STIPULATION FOR DISMISSAL  [FRCP 41]

was/were served on this date to counsel of record:

[ ]   **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

Bryan Zaverl, Esq.
VAZIRI LAW GROUP
5757 Wilshire Boulevard, Suite 670
Los Angeles, CA  90036
Tel:  (310) 777-7540
Fax:  (310) 777-0373
Email: bzaverl@vazirilaw.com
Attorneys for Plaintiff
SHIRLEY BAZURTO

Executed on August 26, 2019, at San Diego, California.

_____
Natalia Aguilera