# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. LA 18 CV 09641 JFW (PLAx)                Date  August 27, 2019

Title: Shirley Bazurto v. Wal Mart Stores Inc.

Present: The Honorable  John F. Walter

|  Shannon Reilly  | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Joint STIPULATION to Dismiss Case pursuant to FRCP 41 - Make JS-6

☐ Entered _____.

Initials of Preparer    sr